To: Page 1 of 1   2016-07-07 19:59:29 (GMT)   15014215274 From: Brooks Wiggins

Fax   2016-07-07 14:33:22 (GMT -06:00)   Page 2/2

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

PS.42
(Rev. 7/93)

# United States District Court
### Eastern District of Arkansas

United States of America    )
                            )
vs.                         )
                            )
Tyrone Paris Anderson       )   Case No.   0860 4:15CR00169

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Tyrone Paris Anderson__, have discussed with __William Fennell__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

(p) participate in one of the following location restriction programs and comply with its requirements as directed.

☒ (i) Curfew. You are restricted to your residence every day from 9:00 P.M. to 5:00 A.M., or as directed by the pretrial services office or supervising officer.

(q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    _____    _____    6-24-16
Signature of Defendant        Date         Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                                07/07/16
Signature of Defense Counsel                                             Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☐ The above modification of conditions of release is ordered, to be effective on  7/11/16
☐ The above modification of conditions of release is *not* ordered.

_____                                                7/11/16
Signature of Judicial Officer                                            Date