IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                    4:15-CR-00169-02-JM

TYRONE ANDERSON

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 305) is DENIED.

On March 10, 2017, Defendant pled guilty to distribution of more than 50 grams of actual methamphetamine.[1] On September 14, 2017, he was sentenced to 200 months in prison.[2]

Defendant asserts that he is entitled to compassionate release because (1) "his sentence today would be dramatically lower, due to § 846 not being a controlled substance offense; (2) if sentenced today, he would not be a career offender; (3) the methamphetamine actual versus mixture disparity is unfair; and (4) COVID-19.[3] First, none of these reasons provide "extraordinary and compelling" reasons to warrant relief. In fact, points one and two are not accurate. Second, the relief is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant. Notably, Defendant's sentence is already well-below his guideline range of 262 to 327 months.

IT IS SO ORDERED, this 3rd day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 113, 114.

[2] Doc. Nos. 129, 131.

[3] Doc. No. 305.